# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GRISELDA RIVERA and DUSTIN HOWERTON,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**NATIONWIDE INSURANCE COMPANY OF AMERICA,**<br><br>　　　　**Defendant.** | **Docket No. _____**<br>**JURY DEMAND** |

## NOTICE OF REMOVAL

COMES NOW Defendant, Nationwide Insurance Company of America, by and through counsel, and hereby notifies the Judges of the United States District Court for the Middle District of Tennessee, the clerk of the Circuit Court of Rutherford County, Tennessee, and Plaintiffs Griselda Rivera and Dustin Howerton, that the action described herein and filed in the Circuit Court of Rutherford County, Tennessee is removed to the United States District Court for the Middle District of Tennessee, Nashville Division pursuant to 28 U.S.C. § 1441.

1.　　On November 21, 2025, Plaintiffs, Griselda Rivera and Dustin Howerton, filed a civil action bearing Docket No. 25CV-84469 against Defendant, Nationwide Insurance Company of America, in the Circuit Court of Rutherford County, Tennessee. Service of the complaint and summons was made upon the Commissioner of the Department of Insurance of the State of Tennessee, agent for Defendant, on December 2, 2025, by certified mail through the Department of Insurance of the State of Tennessee.

2.　　Plaintiffs filed this action for proceeds allegedly due under a contract of insurance written by Defendant Nationwide Insurance Company of America, insuring the property that Plaintiffs own in Murfreesboro, Tennessee. The property was allegedly sustained water damage caused by a bathtub water line sometime in February 2025. Plaintiffs also make a claim for punitive damages.

3.      Defendant seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of the interest and costs pursuant to 28 U.S.C. § 1332 as Plaintiffs have demanded compensatory damages that appear to include $42,222.27 for mitigation and remediation work and $69,915.31 for reconstruction work, for a total of $112,147.58. See Paragraphs 23 and 25 of Plaintiff's Complaint, as well as Exhibit C to Plaintiff's Complaint. Plaintiffs have also demanded punitive damages "in an amount two (2) times the total amount of compensatory damages awarded; or five hundred thousand dollars ($500,00.00), whichever is greater." Finally, Plaintiffs demanded a statutory bad faith penalty pursuant to Tenn. Code Ann. § 56-7-105.

4.      While Plaintiffs' Complaint does not state a specific monetary amount sought, the preponderance of the evidence shows that the amount in controversy exceeds the $75,000 threshold for diversity jurisdiction. Plaintiffs attached a demand letter to their Complaint in which they sought damages in the amount of $112,147.58. See Exhibit C to Plaintiff's Complaint. This plainly meets the amount in controversy requirement. Plaintiffs also seek punitive damages, which are considered when determining the amount in controversy in addition to compensatory damages. Farrington v. Cox, 2007 U.S. Dist. LEXIS 53755, at *4 (E.D. Tenn. July 23, 2007) (internal citations omitted). If proven at trial, punitive damages in a conservative amount of two times the amount claimed in Plaintiffs' demand letter could be awarded to Plaintiffs. See Trapp v. Wal-Mart Stores, Inc., 2012 U.S. Dist. LEXIS 70608, at *10-11 (M.D. Tenn. May 17, 2012). The damages that Plaintiffs seek thus total an amount of at least $336,442.74, not including an award of the statutory bad faith penalty of twenty-five percent.

5.      Plaintiff Griselda Rivera is a resident and citizen of Rutherford County, Tennessee. Plaintiff Dustin Howard is a resident and citizen of Rutherford County, Tennessee. Defendant Nationwide Insurance Company of America is a company organized under the laws of Ohio with its principle place of business located in Columbus, Ohio. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

6.      This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

38202-253291

7. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto as **Exhibit A**.

WHEREFORE, notice is hereby given that the said civil action bearing Docket No. 25CV-84469 is removed from the Circuit Court of Rutherford County, Tennessee to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:    s/ Jonathan D. Stewart
JONATHAN D. STEWART (BPR No. 023039)
*Attorney for Defendant*
633 Chestnut Street, Suite 330
Chattanooga, TN 37450
(423) 756-3333
jstewart@raineykizer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by mailing postage prepaid or by email. Parties may access this filing through the Court's electronic filing system.

Kristen M. Shields (BPR No. 036438)
Christopher A. Beverly (BPR No. 035694)
SHIELDS CONSTRUCTION LAW, PLLC
*Counsel for Plaintiffs*
P.O. Box 1149
Mt. Juliet, TN 37121
(615) 856-1504
kristen@shieldsconstructionlaw.com
chris@shieldsconstructionlaw.com

This the 30th day of December, 2025.

   s/ Jonathan D. Stewart
Jonathan D. Stewart